# United States District Court
## Northern District of Illinois
### Western Division

Gerald B. Tyler

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 09 C 50219

University of Illinois Board of Tru

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that in minute order dated December 14, 2009, plaintiff was ordered to pay the $350.00 filing fee by January 13, 2010 or the case would be dismissed without prejudice. Plaintiff has failed to timely pay the required filing fee. This case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 1/21/2010                      _____

/s/ Jennifer Titak, Deputy Clerk